**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6040**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

WAYNE JOHNSON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-99-119, CA-00-814)

———————

Submitted: April 17, 2003          Decided: April 22, 2003

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wayne Johnson, Appellant Pro Se. John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Johnson seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing his 28 U.S.C. § 2255 (2000) motion. An appeal may not be taken to this court from the final order denying a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000); see Miller-El v. Cockrell, 123 S. Ct. 1029, 1040 (2003). As to claims dismissed by a district court solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Johnson has not satisfied either standard. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Johnson's motion to expedite the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED